389 A.2d 171

Commonwealth v. Jennings, Appellant.

Submitted April 11, 1977. Ralph J. Cappy, Public Defender, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.

HOFFMAN, J., dissents because he believes the evidence insufficient to show concealment. 18 Pa.C.S. § 6106(a).

WATKINS, former P. J., did not participate in the consideration or decision of this case.